**PAUL KICHINKO v. E. W. SCARBOROUGH, as Director of the State Beverage Department.**

20 So. (2nd) 127                  June Term, 1944
December 19, 1944                 En Banc

*Hoffman & Durant* and *J. Lewis Hall,* for relator.

*J. Turner Butler,* for respondent.

PER CURIAM:

The record and the briefs in this cause have been.examined and the peremptory writ of mandamus is awarded on authority of Singer, et al., v. Scarborough, decided this date, a like question being involved in both cases.

.It is so ordered.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.